[Crim. No. 186.   Second Appellate District.—January 14, 1911.]

In the Matter of the Application of STANLEY S. LADUE, for a Writ of Habeas Corpus.

HABEAS CORPUS—INABILITY OF JUSTICES TO AGREE.—Where the justices of this court are unable to agree upon a judgment, upon an application for a writ of *habeas corpus,* the writ must be denied and the petitioner remanded to the sheriff of the county.

APPLICATION for writ of *habeas corpus* to the sheriff of Los Angeles County.

Hugh J. Crawford, for Petitioner.

Paul W. Schenck, and F. Davis, for Respondent.

THE COURT.—The justices of this court being unable to agree upon a judgment, the writ must be denied and petitioner remanded to the custody of the sheriff of Los Angeles county; and it is so ordered.